```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 32061
   THOMAS HENRY PODRAZA
   CAROL LYNN PODRAZA                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-7066     SSN XXX-XX-1709
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/14/05 and confirmed on 03/10/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 53079.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIZEN FINANCE | SECURED VEHIC | 22137.00 | 2896.26 | 22137.00 |
| ILLINOIS TITLE LOANS | SECURED VEHIC | 1411.00 | 154.39 | 1411.00 |
| LAKE COUNTY COLLECTOR | PRIORITY | .00 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CIRCUIT CITY STORES | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CLARK OIL | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | 5421.04 | .00 | 1558.93 |
| DUPAGE CREDIT UNION | UNSECURED | 4863.37 | .00 | 1398.56 |
| ELAN FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST USA | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | 27214.04 | .00 | 7825.93 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | 20334.37 | .00 | 5847.54 |
| ROUNDUP FUNDING LLC | UNSECURED | 1069.27 | .00 | 307.49 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |

```
HARVARD COLLECTION SERVI  UNSECURED       NOT FILED            .00           .00
HSBC                      UNSECURED       NOT FILED            .00           .00
HSBC                      UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED          702.13            .00        201.91
HSBC CREDIT SERVICES      UNSECURED       NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       NOT FILED            .00           .00
KOHLS                     UNSECURED         2860.06            .00        822.47
LAKE COUNTY CIRCUIT COUR  UNSECURED       NOT FILED            .00           .00
MAX FLOW CORP             UNSECURED         5987.86            .00       1721.93
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          824.17            .00        237.01
NEXTCARD                  UNSECURED       NOT FILED            .00           .00
NEXTEL                    UNSECURED       NOT FILED            .00           .00
NICOR GAS                 UNSECURED          505.03            .00        145.23
ECAST SETTLEMENT CORPORA  UNSECURED         1857.57            .00        534.18
RISK MANAGEMENT ALT INC   UNSECURED       NOT FILED            .00           .00
RISK MANAGEMENT ALT INC   UNSECURED       NOT FILED            .00           .00
TRISTAR TITLE             UNSECURED       NOT FILED            .00           .00
UNITED COLLECTIONS        UNSECURED       NOT FILED            .00           .00
UNITED COLLECTIONS        UNSECURED       NOT FILED            .00           .00
US BANK                   UNSECURED         1703.15            .00        489.77
VALETINE & KEBARTAS       UNSECURED       NOT FILED            .00           .00
VILLAGE OF LAKEMOOR       UNSECURED       NOT FILED            .00           .00
WEXLER & WEXLER           UNSECURED       NOT FILED            .00           .00
WONDER LAKE STATE BANK    UNSECURED       NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED          322.61            .00         92.77
CITIZEN FINANCE           UNSECURED - C       .00              .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23548.00         .00     73664.67          .00     97212.67
PRINCIPAL PAID      23548.00         .00     21183.72          .00     44731.72
INTEREST PAID        3050.65         .00          .00          .00      3050.65
TOTAL PAID          26598.65         .00     21183.72          .00     47782.37
```

The Debtor's attorney, DAVID P LEIBOWITZ                , was allowed $   2200.00 and was paid $    495.00  direct and $   1705.00  through the plan.

The Trustee received $   2244.63 .

Refunds to the Debtor totaled $   1347.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/13/09                  /s/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

PAGE  3
CASE NO. 05 B 32061 THOMAS HENRY PODRAZA & CAROL LYNN PODRAZA